UNITED STATES DISTRICT COURT SOUTHERN
DISTRICT OF NEW YORK
_____ X

George Skabardonis

                            **Plaintiff**

-against-

Wells Fargo Bank, N.A.

                            **Defendant**
_____ X

Docket No. 16 cv 7988

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all parties that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice and without costs to either party.

_____  11/29/2016
Joseph M. Mauro                  Date
The Law Office of Joseph Mauro, LLC
306 McCall Ave.
West Islip, NY 11795
Attorney for Plaintiff

_____  11/28/2016
Daniel Warren Beebe               Date
Dorsey & Whitney LLP
51 West 52nd Street
New York, NY 10019

**SO ORDERED:**

/s/ George B. Daniels   DEC 05 2016
U.S.D.J.